**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TONIA SCOTT, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-0472 |
| v. | : | (JUDGE MANNION) |
| SAW CREEK ESTATE COMMUNITY ASSOCIATION, INC., et al., | : : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's "Motion for Leave to File Out of Time/Motion to Remand", **(Doc. 7)**, is **DENIED**;

**(2)** the report and recommendation of Judge Schwab, **(Doc. 6)**, is **ADOPTED IN ITS ENTIRETY**;

**(3)** the plaintiff's motion to proceed in forma pauperis, **(Doc. 1)**, is **GRANTED**;

**(4)** the plaintiff's complaint, **(Doc. 2)**, is **DISMISSED FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**; and

**(5)** the Clerk of Court is **DIRECTED TO CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Date: July 11, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0472-01-ORDER.wpd